UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

FILED

ELLAMAY ARTIS,

      Plaintiff,

v.

DENIS R. McDONOUGH, Secretary,
U.S. Department of Veterans Affairs

      Defendant.

Civil Action No. 8:22-cv-123-CEH-AAS

### PLAINTIFF'S RESPONSE TO JANUARY 17, 2022 ORDER TO SHOW CAUSE

Plaintiff, Ellamay Artis, *pro se*, provides the following response to the Court's January 17, 2022 Order to Show Cause.

1. When I filed the Complaint, I initially attempted to file it in the Orlando Division. The Division's Clerk's Office representative, however, told me that, because I lived in Polk County, within the geographic area of the Tampa Division, it should be filed in the Tampa Division. Based on that advice, I filed the Complaint in the Tampa Division.

2. Having reviewed the Court's Order, Plaintiff agrees that venue properly lies in this Court's Orlando Division and, consequently, does not oppose transferring this case to that Division.

DATED: FEBRUARY 7, 2022.

Respectfully submitted,

_____
Ellamay Artis, *pro se*
937 Bloomingdale Drive
Davenport, Florida 33897
517-862-1434

1