UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELLAMAY ARTIS,**

        **Plaintiff,**

v.                                                                        Case No.  6:22-cv-272-CEM-EJK

**DENIS R. MCDONOUGH**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. On February 8, 2022, this Court entered an Initial Order (Doc. 9), which reminds the parties of their obligations under Local Rule 3.02. (*Id.* at 2). That Rule states that within seventy days "after service on the United States attorney in an action against the United States, a United States agency, a United States officer or employee sued only in an official capacity, or a United States officer or employee sued in an individual capacity in connection with a duty performed on behalf of the United States," "[t]he parties must file [a] case management report." M.D. Fla. R. 3.02(b)(3). The parties were also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties,

Doc. 10). The parties have failed to file a case management report, and the time to do so has passed.[1]

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] If fault for noncompliance lies entirely with Defendant, Plaintiff may seek reconsideration on that basis.